# In The United States Court of Federal Claims

No. 12-179C

(Filed: April 23, 2012)

_____

A & T SYSTEMS, INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 20, 2012, defendant filed an unopposed motion for an enlargement of time to file its response to plaintiff's complaint. The motion is hereby **GRANTED**. Accordingly, on or before June 15, 2012, defendant shall file its response to plaintiff's complaint.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge