# In The United States Court of Federal Claims

No. 12-179C

(Filed: July 26, 2012)

_____

A & T SYSTEMS, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Monday, August 13, 2012, at 2:00 p.m. (EDT).  Chambers will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra  
                                            Francis M. Allegra  
                                            Judge