# In The United States Court of Federal Claims

No.  12-179C

(Filed:  September 24, 2012)

_____

A & T SYSTEMS, INC.,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On August 14, 2012, the court issued a scheduling order in this matter.  The court hereby vacates that schedule and adopts the following:

1.     On or before November 5, 2012, plaintiff shall file its motion for summary judgment;

2.     On or before December 3, 2012, defendant shall file its response to plaintiff's motion and its cross-motion for summary judgment;

3.     On or before January 4, 2013, plaintiff shall file its reply in support of its motion and its response to the cross-motion; and

4.     On or before January 25, 2013, defendant shall file its reply in support of its cross-motion.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge