# In The United States Court of Federal Claims

No. 12-179C

(Filed: June 25, 2013)

_____

A & T SYSTEMS, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Oral argument on the parties' motion for summary judgment will be held in this case on Monday, September 23, 2013, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled argument time.

    **IT IS SO ORDERED.**

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge