# In The United States Court of Federal Claims

No. 12-179C

(Filed: September 18, 2013)

_____

A & T SYSTEMS, INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

The contract between A&T Systems and the United States Navy is replete with references to "task orders" that are specific to each Contract Line Item Number (CLIN). *See* Pl. Ex. A, 29; Def. Ex. A 32.

On or before September 20, 2013, defendant shall file any task orders that relate to the three disputed CLINS: 0001AB, 0005AA, and 0010AA.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge