# In The United States Court of Federal Claims

No. 12-179C

(Filed: September 23, 2013)
_____

A & T SYSTEMS, INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On September 23, 2003, the court held oral argument. Participating in the oral argument were Mark Jackson, for plaintiff, and Douglas Hoffman, for defendant. For the reasons stated at oral argument, the court hereby **DENIES** plaintiff's motion for summary judgment and **DENIES** defendant's cross-motion for summary judgment. On or before October 11, 2013, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, if appropriate.

      **IT IS SO ORDERED**.

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge