# In The United States Court of Federal Claims

No. 12-179C

(Filed: October 18, 2013)

_____

A & T SYSTEMS, INC.,

    Plaintiff,

 v.

THE UNITED STATES,

    Defendant.

_____

**ORDER**

_____

 A telephonic status conference will be held in this case on Tuesday, October 29, 2013, at 2:00 p.m. (EDT).  Chambers will contact both parties shortly before the scheduled conference time.

 **IT IS SO ORDERED.**

              s/ Francis M. Allegra
              Francis M. Allegra
              Judge