# In The United States Court of Federal Claims

No. 12-179C

(Filed: November 6, 2013)
_____

A & T SYSTEMS, INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On October 29, 2013, a telephonic status conference was held in this case. Participating in the conference were Mark Jackson, for plaintiff, and Douglas Hoffman, for defendant. As discussed:

1. On or before November 8, 2013, the parties shall exchange initial disclosures;

2. On or before January 28, 2014, the parties shall complete fact discovery; and

3. On or before February 21, 2014, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge